USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

                              :

IN THE MATTER OF THE ARBITRATION   :
BETWEEN                              :

                              :                  1:22-cv-6988-GHW

ENERGÍA COSTA AZUL,           :
S. DE R.L. DE C.V.,               :                   ORDER

                              :

                    Petitioner,   :

                              :

            -v -                :

                              :

SHELL MÉXICO GAS NATURAL,    :
S. DE R.L. DE C.V., and          :
GAZPROM MARKETEING & TRADING   :
MEXICO,                           :
S. DE R.L. DE C.V.,               :

                              :

                  Respondents.  :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        The Clerk of Court is directed to unseal this case.  The Clerk is further directed to file all of

Plaintiff's submissions and the Court's orders in both this case and the original miscellaneous action,

No. 22-mc-221, in chronological order on the publicly available docket for this case.  This order

applies to sealed documents already filed in this case and the related miscellaneous case.

        SO ORDERED.

Dated:  September 20, 2022
        New York, New York                                          GREGORY H. WOODS
                                                 United States District Judge