UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN THE MATTER OF THE ARBITRATION
BETWEEN

ENERGÍA COSTA AZUL,
S. DE R.L. DE C.V.,

                     Petitioner,

        v.

SHELL MÉXICO GAS NATURAL,
S. DE R.L. DE C.V. AND GAZPROM
MARKETING & TRADING MEXICO, S. DE
R.L. DE C.V.,

                     Respondents.

---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/2022

Miscellaneous Action
No. 22-MC-221

[PROPOSED] ORDER

        WHEREAS Energía Costa Azul, S. de R.L. de C.V. ("Petitioner" or "ECA") has moved to temporarily file a new civil case under seal until its *ex parte* motion for an order of pre-judgment attachment is decided and any levy permitted pursuant to an order of attachment is perfected.

        WHEREAS Petitioner seeks to file the following documents under seal in the form attached to its motion: (i) ECA's Petition to Confirm and Enforce Foreign Arbitral Award; (ii) the Memorandum in Support of Petition to Confirm and Enforce Foreign Arbitral Award; (iii) the Declaration of Andrew J. Finn in Support of Petition to Confirm and Enforce Foreign Arbitral Award and the exhibits attached thereto; (iv) ECA's Motion for an Ex Parte Order of Attachment; (v) the Memorandum of Law in Support of Motion for an Ex Parte Order of Attachment in Aid of Arbitration; (vi) the Declaration of Howard J. Kaplan in Support of Motion for an Ex Parte Order

of Attachment in Aid of Arbitration and the exhibits attached thereto; and (vii) proposed orders in connection with the foregoing applications.

WHEREAS the Court has reviewed Petitioner's motion and found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be temporarily filed under seal, it is hereby

ORDERED that this case may be filed under seal until its *ex parte* motion for an order of pre-judgment attachment is decided and any levy permitted pursuant to an order of attachment is perfected. The Petitioner is directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form. The Clerk of Court is directed to restrict access to this order to the "Selected party" viewing level.

SO ORDERED this 6th day of August, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE